**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **MODELL'S CT II, INC.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **57-1177556** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **498 Seventh Avenue** <br> **20th Floor** <br> **New York, NY 10018** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **New York** <br> County | **Location of principal assets, if different from principal place of business** <br> **See attached Exhibit A** <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.modells.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor **MODELL'S CT II, INC.** Case number (*if known*) _____
Name

**7. Describe debtor's business**

A. *Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__4511__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:
  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See attached Exhibit B** Relationship _____
District _____ When _____ Case number, if known _____

Debtor **MODELL'S CT II, INC.**  Case number (*if known*) _____
Name

**11. Why is the case filed in *this district?*** *Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds** . *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  **MODELL'S CT II, INC.**  Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 11, 2020**
MM / DD / YYYY

X **/s/ Robert J. Duffy**                                    **Robert J. Duffy**
Signature of authorized representative of debtor            Printed name

Title  **Chief Restructuring Officer**

**18. Signature of attorney**

X **/s/ Michael D. Sirota**                                 Date  **March 11, 2020**
Signature of attorney for debtor                            MM / DD / YYYY

**Michael D. Sirota**
Printed name

**Cole Schotz P.C.**
Firm name

**Court Plaza North**
**25 Main Street**
**Hackensack, NJ 07601**
Number, Street, City, State & ZIP Code

Contact phone  **201-489-3000**        Email address  **msirota@coleschotz.com**

**MS-4088 NJ**
Bar number and State

**EXHIBIT A**
**Location of Principal Assets of Debtor Modell's CT II, Inc.**

148 Boston Avenue
Bridgeport, CT 06610-1604

2335 Dixwell Avenue
Marketplace At Hamden
Hamden, CT 06514-2100

3067 Berlin Turnpike
Joann Plaza
Newington, CT 06111-4603

1397 Boston Post Road
Milford Crossing
Milford, CT 06460-2759

2113 Summer Street
2nd Floor
Ridgeway Shopping Center
Stamford, CT 06905-4523

# EXHIBIT B

# LIST OF AFFILIATES

Modell's NJ II, Inc.

Modell's Sporting Goods, Inc.

Modell's CT II, Inc.

Modell's DC II, Inc.

Modell's DE II, Inc.

Modell's II, Inc.

Modell's Maryland II, Inc.

Modell's Massachusetts, Inc.

Modell's NH, Inc.

Modell's NY II, Inc.

Modell's Online, Inc.

Modell's PA II, Inc.

Modell's VA II, Inc.

MSG Licensing, Inc.

**Fill in this information to identify the case:**

Debtor name     **MODELL'S CT II, INC.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **List of Creditors**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 11, 2020**    **X /s/ Robert J. Duffy**
Signature of individual signing on behalf of debtor

**Robert J. Duffy**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | MODELL'S SPORTING GOODS, INC., ET AL. |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Consolidated List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ADIDAS U.S.A. INC DEPT CH 19361 ATTN: ZION ARMSTRONG PALATINE, IL 60055-9405 | Zion.armstrong@adidas-group.com 917-234-2113 andrew.rudolph@adidas-group.com 212-271-7581 | TRADE DEBT | | | | $8,969,683.23 |
| NIKE INC. 7932 COLLECTIONS CENTER DRIVE ATTN: KIM STEWART CHICAGO, IL 60693 | kim.stewart@nike.com 212-271-7581 tim.sheerin@nike.com 781-401-4067 tom.peddie@nike.com 941-807-6295 | TRADE DEBT | | | | $8,768,989.06 |
| UNDER ARMOUR PO BOX 791022 ATTN: PATRICK FRISK BALTIMORE, MD 21279-1022 | pfisk@underarmour.com ccummings@underarmour.com 410-454-6676 akoeninger@underarmour.com stephanie.pugliese@underarmour.com 732-547-5347 | TRADE DEBT | | | | $3,759,319.14 |
| US INTERNATIONAL MEDIA 3415 S SEPULVEDA BLVD 8TH FL ATTN: RUSSELL ZINGALE LOS ANGELES, CA 90034-6060 | rzingale@theusim.com 917-338-8602 | TRADE DEBT | | | | $1,786,915.53 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | MODELL'S SPORTING GOODS, INC., ET AL. | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| Name | | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CHAMPION/HANES BRAND<br>JP MORGAN CHASE<br>21692 NETWORK PLACE<br>ATTN: JON RAM<br>CHICAGO, IL 60673-1216 | jon.ram@hanes.com<br>336-519-8080<br>susan.hennike@hanes.com<br>614-551-9139 | TRADE DEBT | | | | $1,718,739.35 |
| RAWLINGS GROUP<br>PO BOX 910212<br>ATTN: BOBBY DIEBOLD<br>DALLAS, TX 75391-0212 | bdiebold@rawlings.com<br>314-819-2858<br>mzlaket@rawlings.com<br>314-819-2801 | TRADE DEBT | | | | $1,285,960.98 |
| NEW BALANCE<br>PO BOX 415206<br>ATTN: MELISSA WORTH<br>BOSTON, MA 02241-5206 | melissa.worth@newbalance.com<br>617-746-2566<br>Peter.Zappala@newbalance.com<br>617-746-2215<br>Kirk.Teatom@newbalance.com | TRADE DEBT | | | | $755,628.15 |
| EASTMAN FOOTWEAR GROUP<br>ATTN: MAX BEN MIZRACHI<br>P.O BOX 1036<br>CHARLOTTE, NC 28201-1036 | maxb@efny.com<br>212-629-0282 ext. 231<br>davidb@efny.com<br>212-629-0282 Ext. 224 | TRADE DEBT | | | | $739,804.16 |
| IMPLUS FOOTCARE LLC.<br>PO BOX 679394<br>DALLAS, TX 75267-9394 | 314-392-2704<br>Fax: 877-615-8406 | TRADE DEBT | | | | $704,656.17 |
| MCDAVID KNEE GUARD INC.<br>EB 147 - P.O BOX 1691<br>ATTN: MICHAEL MAGERMAN<br>MINNEAPOLIS, MN 55480-1691 | mmagerman@unitedspb.com<br>657-383-4401 | TRADE DEBT | | | | $693,627.96 |
| TWINS ENTEPRISE INC<br>DBA FORTY SEVEN BRAND<br>15 SOUTHWEST PARK<br>ATTN: STEVEN D'ANGELO<br>WESTWOOD PARK, MA 02090 | stevend@47brand.com<br>781-320-1384<br>scabucio@47brand.com<br>781-929-0710 | TRADE DEBT | | | | $692,603.78 |

Debtor **MODELL'S SPORTING GOODS, INC., ET AL.**      Case number *(if known)* _____
    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| WILSON SPORTING GOODS<br>PO BOX 3135<br>ATTN: O'HAD COHEN<br>CAROL STREAM, IL 60132 | OhadCohn@auburnhosiery.com<br>itzhak.weinstock@us.deltagalil.com<br>201-305-4406 | TRADE DEBT | | | | $567,602.86 |
| EZRASONS INC.<br>37 WEST 37TH STREET 10TH FL<br>ATTN: EZRA JACK CATTAN<br>NEW YORK, NY 10018 | ezrajack@ezrasons.com<br>212-768-8330<br>judahc@ezrasons.com<br>212-768-8330 | TRADE DEBT | | | | $559,739.55 |
| FASHION OPTIONS INC<br>1370 BROADWAY, SUITE #901<br>ATTN: MICHAEL HADDAD<br>NEW YORK, NY 10018 | mhaddad@fashionoptions.com<br>212-947-2223 | TRADE DEBT | | | | $556,551.46 |
| ENI JR286 INC<br>DEPT 3211<br>ATTN: JOHN MELICAN<br>LOS ANGELES, CA 90084-3211 | jmelican@jr286.com<br>310-297-6410<br>csweeney@jr286.com<br>714-236-9180<br>jhirshberg@jr286.com<br>bfix@jr286.com | TRADE DEBT | | | | $537,319.15 |
| 3RD AND 87TH LP<br>ATTN: PINNACLE CITY LIVING<br>200 EAST 87TH STREET<br>NEW YORK, NY 10128 | 200ast87MGR@PinnacleLiving.com<br>646-813-2275 | RENT | | | | $477,370.23 |
| EASTON SPORTS INC.<br>32835 COLLECTION CENTER DR<br>ATTN: IVARS JAKOBSONS<br>CHICAGO, IL 60693 | Ivars.Jakobsons@paa-inc.com<br>Dan.Jelinek@easton.com<br>Scott.Bilodeau@easton.com<br>603-249-5047 | TRADE DEBT | | | | $476,718.69 |

Debtor **MODELL'S SPORTING GOODS, INC., ET AL.**　　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| JACQUES MORET INC<br>EVERLAST DIVISION<br>1411 BROADWAY, 8TH FL.<br>ATTN: JOEY HARARY<br>NEW YORK, NY 10018 | joey@moret.com<br>212-354-2400 | TRADE DEBT | | | | $462,668.48 |
| CAPELLI OF NEW YORK<br>PO BOX 88926<br>ATTN: GEORGE ALTIRS (DEO)<br>CHICAGO, IL 60695-1926 | George.Altirs@capellinenewyork.com<br>212-684-3344 Ext. 103 | TRADE DEBT | | | | $460,287.76 |
| ONE PENN PLAZA LLC<br>ATTN: JEANNIE TRISTANIO<br>C/O VORNADO REALTY TRUST<br>888 SEVENTH AVENUE, 45TH FL.<br>NEW YORK, NY 10019 | JTristaino@vno.com<br>212-239-7405 | RENT | | | | $442,057.98 |

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### District of New Jersey

In re **MODELL'S CT II, INC.**  
Debtor(s)

Case No.  
Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 560,000.00 (Retainer) |
   | Prior to the filing of this statement I have received | $ 941,484.17 |
   | Balance Due | $ 0.00 |

2. $ **1,717.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☒ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☒ Debtor    ☐ Other (specify):

5. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **See retention papers.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **None**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

March 11, 2020            /s/ Michael D. Sirota  
*Date*                     **Michael D. Sirota**  
                           *Signature of Attorney*  
                           **Cole Schotz P.C.**  
                           **Court Plaza North**  
                           **25 Main Street**  
                           **Hackensack, NJ 07601**  
                           **201-489-3000  Fax: 201-489-1536**  
                           **msirota@coleschotz.com**  
                           *Name of law firm*

# United States Bankruptcy Court
**District of New Jersey**

In re  **MODELL'S CT II, INC.**    Case No.

Debtor(s)    Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Modell's Sporting Goods, Inc.**<br>**498 Seventh Avenue**<br>**20th Floor**<br>**New York, NY 10018** | | | **100% of outstanding shares** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **March 11, 2020**    Signature  **/s/ Robert J. Duffy**
                                        **Robert J. Duffy**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
**District of New Jersey**

In re  **MODELL'S CT II, INC.**                                                       Case No.
                              Debtor(s)                                                Chapter    **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **MODELL'S CT II, INC.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Modell's Sporting Goods, Inc.**
**498 Seventh Avenue**
**20th Floor**
**New York, NY 10018**

☐ None [*Check if applicable*]

| | |
|---|---|
| **March 11, 2020** | **/s/ Michael D. Sirota** |
| Date | **Michael D. Sirota** |
| | Signature of Attorney or Litigant |
| | Counsel for   **MODELL'S CT II, INC.** |
| | **Cole Schotz P.C.** |
| | **Court Plaza North** |
| | **25 Main Street** |
| | **Hackensack, NJ 07601** |
| | **201-489-3000 Fax:201-489-1536** |
| | **msirota@coleschotz.com** |